1  H. Tim Hoffman (SBN 049141)
2  Arthur W. Lazear (SBN 083603)
   Chad A. Saunders (SBN 257810)
3  **HOFFMAN & LAZEAR**
   180 Grand Avenue, Suite 1550
4  Oakland, California 94612
   Tel:(510)763-5700
5  Fax:(510)835-1311
   Email: cas@hoffmanandlazear.com
6
7  Attorneys for Plaintiff

8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                           **OAKLAND DIVISION**
11

12 | NANCY DARDARIAN, individually and on behalf of all others similarly situated, | Case No. 4:11-cv-00949-PJH |
13 | Plaintiffs, | **STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF CLASS ACTION COMPLAINT, AND FOR WAIVER OF FEES AND COSTS BY DEFENDANT** AND ORDER |
14 | v. | |
15 | NORDSTROM, INC., a Washington corporation, | |
16 | | |
17 | Defendant. | |

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, Defendant Nordstrom, Inc. ("Defendant") filed a motion to dismiss or stay this action on March 22, 2011 (Dkt. No. 6);

WHEREAS, the Court granted Defendant's motion on May 5, 2011 and entered an order staying this case; and

WHEREAS, Plaintiff Nancy Dardarian ("Plaintiff") now seeks to dismiss her case from this Court, to re-file the same case in the Superior Court of California, County of Los Angeles, and to cooperate with Defendant in adding that case on to the existing state court coordination proceeding, JCCP No. 4651; and

WHEREAS, Defendant agreed that it would not seek costs or attorneys' fees from Plaintiff in connection with this dismissal of this case from this court;

NOW, THEREFORE, Plaintiff and Defendant hereby stipulate and agree that:

1. The Court should enter a dismissal without prejudice as to the entire above-entitled case; and

2. The Defendant will not move the Court for an award of costs or attorneys' fees in connection with this dismissal.

THE PARTIES SO STIPULATE.

Dated:  June 1, 2011

          HOFFMAN & LAZEAR


         By  */s/ Chad A. Saunders*
              CHAD A. SAUNDERS
              Attorneys for
            Plaintiff NANCY DARDARIAN

Dated:  June 1, 2011

                        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                By       */s/ John Dineen*
                              John Dineen
                              Attorneys for
                        Defendant NORDSTROM, INC.

CASE NO. 4:11-cv-00949-PJH

STIPULATION RE DISMISSAL

**[~~PROPOSED~~] ORDER**

PURSUANT TO THE PARTIES' STIPULATION, and good cause appearing therefore, IT IS HEREBY ORDERED that the entire case entitled *Dardarian v. Nordstrom, Inc.*, No. 4:11-cv-00949-PJH, is dismissed without prejudice.

Dated: 6/2/11

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

- 3 -

CASE NO. 4:11-cv-00949-PJH

STIPULATION RE DISMISSAL

## CERTIFICATION

I, Chad Saunders, am the ECF User whose identification and password are being used to file this Stipulation for Dismissal Without Prejudice of Class Action Complaint, and for Waiver of Fees and Costs by Defendant. In compliance with General Order 45.X.B., I hereby attest that John Dineen has concurred in this filing.

Dated:  June 1, 2011                    HOFFMAN & LAZEAR

                                        By      */s/ Chad A. Saunders* _____
                                                CHAD A. SAUNDERS
                                                Attorneys for Plaintiff

- 4 -

CASE NO. 4:11-cv-00949-PJH

STIPULATION RE DISMISSAL